FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

2011 AUG 11 PM 12:56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Amended CIVIL RIGHTS COMPLAINT FORM

SEAN J. WHITE 2010026092    CASE NUMBER: 3:11-CV-635-J-32MCR
(To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and prison number, if applicable)

v.

JIMMY HOLDERFIELD

TARA WILDS

DAVID KILCREASE

_____

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).
_____/

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** DUVAL COUNTY PRE-TRIAL
(Indicate the name and location)
DETENTION FACILITY, 500 E. ADAMS ST. JACKSONVILLE FL, 32202

II. **DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?** Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)                    1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (✓)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (✓)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                               2

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __8TH__ day of __AUGUST__, 2 __011__.

_____
Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

   1. What steps did you take? __FILED GRIEVANCES__

   2. What were the results? __NO RESULTS__

   3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: __THERE IS NO DETACHABLE FORM OF GRIEVANCES FOR INMATES TO RETAIN A COPY.__

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this __8TH__ day of __AUGUST__, 2 __011__.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                                    4

IV. **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): NOT APPLICABLE

   Defendant(s): NOT APPLICABLE

2. Court (if federal court, name the district; if state court, name the county):

   NOT APPLICABLE

3. Docket Number: NOT APPLICABLE

4. Name of judge: NOT APPLICABLE

5. Briefly describe the facts and basis of the lawsuit: NOT APPLICABLE

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   NOT APPLICABLE

7. Approximate filing date: NOT APPLICABLE

8. Approximate disposition date: NOT APPLICABLE

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)                                5

_____
_____
_____
_____
_____

V.  PARTIES: In part A of this section, indicate your **full name** in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: **SEAN J. WHITE**

Mailing address: **500 E. ADAMS ST.**

**JACKSONVILLE FL 32202**

B.  Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: **JIMMY HOLDERFIELD**

Mailing Address: **500 E. ADAM ST.**

**JACKSONVILLE FL 32202**

Position: **DIRECTOR**

Employed at: **DUVAL COUNTY / PTDF**

D.  Defendant: **TARA WILDS**

Mailing Address: **500 E. ADAMS ST.**

**JACKSONVILLE FL, 32202**

Position: **CHIEF**

Employed at: **DUVAL COUNTY / PTDF**

E. Defendant: DAVID KILCREASE
   Mailing Address: 500 E. ADAMS ST
   JACKSONVILLE FL, 32202
   Position: ASSISTANT CHEIF
   Employed at: DUVAL COUNTY / PTDF

F. Defendant: _____
   Mailing Address: _____
   Position: _____
   Employed at: _____

G. Defendant: _____
   Mailing Address: _____
   Position: _____
   Employed at: _____

VI. **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

THE TOTALITY OF THE CONDITIONS OF DUVAL COUNTY PRE TRIAL DETENTION FACILITY IS CRUEL AND UNUSUAL.

VII. **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

THE DUVAL COUNTY PRE TRIAL DETENTION FACILITY DIRECTOR JIMMY HOLDERFIELD, CHEIF TARA WILDS, AND ASSISTANT CHEIF DAVID KILCREASE FAIL TO HOLD REGULAR INSPECTIONS OF THE FACILITY, THEY ARE CONSISTENTLY NEGLIGENT TO REGULATE MAINTENENCE AND ENFORCE THE SANITARY PROVISIONS INSTITUTED IN THE FACILITY'S RULEBOOK WITH OFFICERS. THEY APPROVED INSTALLMENT OF ELECTRONIC FLUSHES, THAT ALLOW INMATES TO FLUSH TOILETS ONLY TWO TIMES PER HOUR. ON FOUR WEST THREE INMATES OCCUPY A EIGHT(8)

**Statement of Facts, continued:**

BY FIFTEEN (15) FOOT CELL. THESE CELLS WERE CLEARLY DESIGNED FOR TWO INMATES. LOCKDOWN IS AT 8:30 PM TO 4:30 AM WITH THREE (3) MEN TO A TWO MAN CELL THAT HAS ONLY TWO FLUSHES PER HOUR AND ONE (1) ROLL OF TOILET PAPER EVERY FOUR (4) TO FIVE (5) DAYS. CONSISTENTLY SINCE NOVEMBER OF 2010 THERE HAS BEEN FIVE (5) TO TEN (10) INMATES ON BOAT BEDS IN THE MIDDLE OF THE DAY ROOM, SHARING ONE TOILET THAT IS OPEN FOR ANY INMATE TO USE WITH ONLY TWO FLUSHES PER HOUR. ROOMS SMELL LIKE URINE BECAUSE THERE IS NO STANDARD FOR USE OF CHEMICALS AND SCRUB BRUSHES FOR TOILETS. THERE IS ON AVERAGE 80-85 INMATES IN WHAT IS DESIGNED AS A 48 MAN DORM. THERE IS MOLD ON THE WALLS AND CEILING, WITH INSECTS AND VERMIN COMING OUT OF THE PIPES AND DRAINS. THERE IS ONLY FOUR SHOWERS FOR 80-85 INMATES TO SHARE PER DORM. THE CREW THAT CLEANS THE SHOWERS ONLY SPRAY AND SANITIZE THE SHOWERS ONE (1) TIME PER WEEK. THE VENTILATION IS POOR WITH DUST BUILD UP AND MOLD ON THE WALLS AND IN THE CELLS FROM WATER DAMAGE FROM HIGHER FLOORS. THERE HAS BEEN NO ATTEMPT TO EXTERMINATE THE INSECTS AND VERMIN THAT EXIT THE DRAINAGE PIPES FROM THE SHOWERS AND THE SINKS. THERE IS NO SCRUB BRUSHES,

**Statement of Facts, continued:**

CHEMICALS OR GLOVES PROVIDED FORCING INMATES TO CLEAN TOILETS AND SINKS WITH THEIR BARE HANDS AND WITHOUT CHEMICALS. THE TOTALITY OF CONDITIONS CAUSES STRESS, THE SPREADING OF COMMUNICABLE DISEASES, AND SEVERE STAFF INFECTIONS. THERE ARE INCREASED ALTERCATIONS AMONG INMATES BECAUSE OF THESE CONDITIONS. I MYSELF AND OTHER INMATES SUFFER EMOTIONAL DISTRESS DUE TO THE OVERCROWDING AND LACK OF A SANITARY LIVING ENVIRONMENT.

DC 225 (Rev. 9/03)

9

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

44 MILLION IN PUNITIVE DAMAGES TO BE DIVIDED BETWEEN INMATES. IMMEDIATE RELEASE OF INMATES UNTIL FACILITY IS AT PROPER OPERATING CAPACITY. DAILY PROVISIONS FOR ACCESS TO CLEANING SUPPLIES, MAINTENCE FOR WATER DAMAGE AND MOLD IN CELLS AND ON WALLS, AND REGULAR INSPECTIONS FROM OUTSIDE SOURCE TO MONITOR COMPLIANCE OF DEMANDS LISTED.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 8TH day of AUGUST, 2011.

[signature]

(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)                     10